THE STATE OF OHIO, APPELLEE, *v.* LACY, APPELLANT.

[Cite as *State v. Lacy* (1998), 81 Ohio St.3d 266.]

(No. 97–100—Submitted February 18, 1998—Decided March 18, 1998.)

---

*John F. Holcomb,* Butler County Prosecuting Attorney, and *Barbara L. Schneider,* Assistant Prosecuting Attorney, for appellee.

*Thomas G. Eagle Co., L.P.A.,* and *Thomas G. Eagle,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Stowers* (1998), 81 Ohio St.3d 260, 690 N.E.2d 881, decided today.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and PFEIFER, JJ., dissent for the reasons stated in Justice Resnick's dissenting opinion in *State v. Stowers* (1998), 81 Ohio St.3d 260, 263–266, 690 N.E.2d 881, 884–886.